UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DENISE HARMON, ) | Civil Action No. |
| ) | 1:12-cv-00053-JRH-WLB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHANDRA IDNANI, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND
DISMISSAL OF CLAIM**

The parties hereby jointly move the court for an order approving settlement in this case. The parties have negotiated settlement in good faith and have agreed that the terms of that settlement are reasonable and appropriate in this case. A copy of the executed settlement agreement is attached hereto as Exhibit A. The settlement was reached as a result of arms-length negotiations conducted through Ray Chadwick, of Chadwick Mediation Services, who served as mediator.

This request is made in accordance with statutory and judicial authority holding that it is appropriate for courts to review and approve settlements of claims under the Fair Labor Standards Act. The parties appreciate the court's consideration of this matter.

DATED this 18th day of September, 2012.

| | |
|---|---|
| /s/ Stanley C. House | /s/ James W. Allen |
| Stanley C. House | James W. Allen |
| Ga. Bar No. 369150 | Ga. Bar. No. 16075 |
| Stanley C. House, LLC | Donsbach & King, LLC |
| P.O. Box 915 | 504 Blackburn Drive |
| Augusta, GA 30903-0915 | Augusta, Georgia  30907 |
| (706) 722-3341 | (706) 650-8750 |
| schouse@schouse.com | jallen@donsbachking.com |

1

## ORDER

The court having considered the parties' joint motion for approval of settlement and dismissal of claims, it is hereby ORDERED:

1. That the settlement agreement between the parties is approved by the court; and

2. That the clerk of court is directed to enter this order of record and provide copies to counsel in accordance with local practice.

ENTERED this _____ day of _____, 2012.

_____
United States District/Magistrate Judge

CERTIFICATE OF SERVICE

    I hereby certify that, on September 18, 2012, I electronically filed the foregoing motion and order with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

    This 18th day of September, 2012.

                                        /s/ James W. Allen
                                        James W. Allen
                                        Ga. Bar. No. 16075
                                        Donsbach & King, LLC
                                        504 Blackburn Drive
                                        Augusta, GA 30907
                                        (706) 650-8750
                                        jallen@donsbachking.com

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made for the purpose of settling all claims by and between Denise Harmon ("Harmon"), as plaintiff, and Chandra Idnani, Inc. ("Chandra Idnani"), Shanti Aildasani, and Thakur Aildasani, as named defendants. Settlement is made on the following terms:

1. For and in consideration of the mutual promises stated herein and other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties hereby settle and release all claims that were alleged or could have been alleged in the matter of *Denise Harmon v. Chandra Idnani, Inc., et al.*, Civil Case No. 1:12-cv-00053-JRH-WLB, in the United States District Court for the Southern District of Georgia, and/or in the matter filed as Civil Case No. 2012CV0206 in the Superior Court of Columbia County, Georgia. This release shall not become effective until receipt of the funds described below.

2. Chandra Idnani shall pay to Harmon Sixty-five Thousand Dollars ($65,000) within 30 days of receipt by Chandra Idnani's counsel of a copy of this Agreement executed by Plaintiff Payment shall be made by three checks made out (1) to Harmon in an amount determined from a base value of $21,666.66, subject to mandatory state and federal withholding as 2012 wages; (2) to Harmon in the amount of $21,666.67 as liquidated damages and therefore not subject to withholding; and (3) to Stanley C. House, LLC in the amount of $21,666.67, as attorney fees paid on behalf of Harmon. Harmon shall be solely responsible for taxes arising from these payments, beyond those imposed by law on Chandra Idnani in connection with the first check identified above. No payment shall be made until the court approves this settlement.

3. Nothing in this Agreement shall be construed to be an admission by Chandra Idnani or any named defendant of the truth of any allegation or claim made by Harmon.

4. Denise Harmon shall maintain the confidentiality of this agreement and the terms of the settlement.

5. Any dispute regarding this Agreement or its enforcement or breach will be controlled by Georgia state law and any action arising from the Agreement shall be brought in a court of competent jurisdiction within the state of Georgia. Both parties recognize that the United States Court for the Southern District of Georgia maintains jurisdiction over this settlement agreement.

6. This agreement becomes effective upon approval of the settlement by the United States District Court for the Southern District of Georgia, which approval shall be sought promptly by defendants and will not be opposed by Denise Harmon.

EXHIBIT A

_____
Denise Harmon

Date: 9.18.12

_____
Chandra Idnani, Inc.,
By: Shanti Aildasani
Date: 9.18.12

_____
Shanti Aildasani
Date: 9-18-12

_____
Thakur Aildasani
Date: 9.18.12

This agreement was executed by Denise Harmon after review and consultation with me.

_____
Stanley C. House

Date: 9/18/12